# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RONALD G. JOHNSON,

        Petitioner, : Case No. 3:19-cv-321

- vs -         District Judge Walter H. Rice
        Magistrate Judge Michael R. Merz

Warden, NEOCC Prison,

:

        Respondent.

## RECOMMITTAL ORDER

This habeas corpus case is before the Court on Petitioner's Objections (ECF No. 8) to the Magistrate Judge's Transfer Order (ECF No. 7).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

November 4, ~~October~~ ___, 2019.

                                              Walter H. Rice
                                          United States District Judge

1